# Exhibit

# A

› Case Status

# Case Was Received

On April 29, 2026, we received your Form I-765, Application for Employment Authorization, Receipt Number SRC2690113102, and sent you the receipt notice that describes how we will process your case. Please follow the instructions in the notice. If you have any questions, visit the USCIS Contact Center webpage at www.uscis.gov/contactcenter. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

## ASC Appointment Notice

| APPLICATION/PETITION/REQUEST NUMBER | CASE TYPE | NOTICE DATE |
|---|---|---|
| SRC2690113102 | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION | 05/15/2026 |

| ACCOUNT NUMBER | TCR | USCIS A# | CODE |
|---|---|---|---|
| | | A214 725 858 | 2 |
| | | SERVICE CENTER: TSC | PAGE: 1 of 2 |

ZARIFA ISAKOVA
5710 WEST FOUNTAIN CIRCLE
MASON OH 45040

SC SITE CODE XCJ
OMETRICS Q/ REVIEW BY:
ENPRINTS QA REVIEW BY:
ON
JUN 05 2025

**READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the Application Support Center (ASC) at the date and time specified. **TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT,** SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF YOU FAIL TO APPEAR AS SCHEDULED, USCIS WILL CONSIDER YOUR BENEFIT REQUEST ABANDONED AND IT MAY BE DENIED.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS CINCINNATI<br>550 Main Street Room 1-710<br>Cincinnati OH 45202 | 06/05/2026<br>12:00PM |

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring **all** notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** You must bring a valid government-issued photo identification. If the name on your identification is different than the name on your ASC notice, bring supporting documents. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

*If you are sick, do not visit a USCIS office, follow the instructions on this notice to reschedule your appointment. If you have injuries that may interfere with your biometrics submission, USCIS may reschedule your appointment.*

*Cell phones or electronic devices must be turned off during biometrics submission. No one may photograph or record at an ASC.*

*For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/filing-guidance/preparing-for-your-biometric-services-appointment.*

***NOTE:** If an ASC closes due to weather or other reasons, USCIS will automatically reschedule your appointment for the next available date and time and you will receive a new ASC appointment notice. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment.*

You must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to c immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or for any purpose authorized by the Immigrat and Nationality Act.

You may obtain a copy of your FBI record using the procedures outlined in 28 C.F.R. 16.32. Visit: https://www.fbi.gov/how-we-can-h you/more-fbi-services-and-information/identity-history-summary-checks for more information. For Privacy Act information, please vis https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/compact-council/privacy-act-statement.

If you cannot attend your scheduled appointment, you may request to reschedule at https://my.uscis.gov/accounts/biometrics/overview or by calling the U Contact Center at 1-800-375-5283 (TTY 800-767-1833). You must make your request before the date and time of the original appointment, and you must establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, and you do not appe at your appointment, USCIS may consider your application, petition, or request abandoned and, as a result, it may be denied. For more information about rescheduling, see https://www.uscis.gov/forms/filing-guidance/preparing-for-your-biometric-services-appointment.

If you cannot leave your home/hospital due to a serious ongoing medical condition, you may request a mobile biometrics appointment by following the instructions on the back of this notice under "Notice for People with Disabilities," or by visiting uscis.gov/accommodations.

**If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.**

Form I-797C 10/13/21

...is an interview or biometrics appointment notice, please see the back of this notice for important information.